## ANONYMOUS.

High Court of Errors and Appeals. August, 1814.

*Clayton's Notebook, 184.*

PER CURIAM. In alleging diminution, the particulars wherein the record sent up is defective must be specially set forth.

*Clayton's Notebook, 185.*

MEMORANDUM. I was admitted October Term, 1818, *aetat.* 22, 3 months.